IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIFFANY W. KELLY, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CAPITAL ONE, N.A. d/b/a CAPITAL ONE AUTO FINANCE, and JOHN DOES 1-10,<br><br>*Defendants.* | § § § § § § § § § § § § § | Case No: 3:24-cv-01653-X |

## NOTICE OF SETTLEMENT IN PRINCIPLE AND UNOPPOSED MOTION TO CONTINUE ANSWER DEADLINE

Plaintiff Tiffany W. Kelly, individually, and on behalf of all others similarly situated, and Defendants Capital One, N.A. d/b/a Capital One Auto Finance, hereby file this Notice of Settlement in Principle and Unopposed Motion to Extend Response Deadline. In support of this motion, Defendant respectfully shows as follows:

1. The parties are settled in principle.

2. The parties are finalizing their settlement papers.

3. The parties request 30 days to do so.

4. Good cause exists to grant this extension because the parties have stipulated to extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's complaint for 30 days to September 27, 2024 while settlement papers are finalized.

## **CONCLUSION**

For the foregoing reasons, the parties respectfully asks this Court to enter an order

extending Defendant's deadline to respond to Plaintiff's Class Action Complaint to September 27, 2024.

Dated: August 28, 2024

Respectfully submitted,

*/s/ Kent D. Krabill*
Kent Krabill
Texas State Bar No. 24060115
kkrabill@lynnllp.com
Joshua D. Lang
Texas State Bar No. 24109450
jlang@lynnllp.com
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
Telephone: 214-981-3800
Facsimile: 214-981-3820

*Counsel for Capital One N.A. d/b/a Capital One Auto Finance*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record via electronic filing and email on August 28, 2024.

*/s/ Joshua D. Lang*
Joshua D. Lang

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have reviewed email correspondence that shows on August 28, 2024, counsel for Plaintiff agreed via email to extend Defendant's response deadline in order to finalize settlement to September 27, 2024.

*/s/ Joshua D. Lang*
Joshua D. Lang