UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIFFANY W. KELLY, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:24-CV-1653-X |
| CAPITAL ONE BANK NA, et al., | § § § | |
| *Defendants.* | § § § | |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal at Doc. 22, the Court **ORDERS** that this entire action be **DISMISSED WITH PREJUDICE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear its own fees and costs.

**IT IS SO ORDERED** this 2nd of December, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE